IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC VON DRAKE, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 19-0337-JB-M |
| | : |
| FUJI HEAVY INDUSTRIES, LTD., | : |
| et al., | : |
| | : |
| Defendants. | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 26th day of September, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE