IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC VON DRAKE, :
:
Plaintiff, :
:
vs. : CIVIL ACTION 19-0337-JB-M
:
FUJI HEAVY INDUSTRIES, LTD., :
et al., :
:
Defendants. :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 26th day of September, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE